Fredericka Lohnes, administratrix of the estate of Henry Lohnes, deceased, appellee, v. St. Louis, Springfield & Peoria Railroad, appellant. Gen. No. 7,688.

Action for damages for death of pedestrian struck by electric interurban car. Judgment for plaintiff. Appeal from the Circuit Court of Tazewell county; the Hon. T. N. Green, Judge, presiding. Heard in this court at the October term, 1923. Reversed and cause remanded. Opinion filed January 10, 1924.

Prettyman, Velde & Prettyman, for appellant. Jesse Black, Jr., for appellee.

Mr. Presiding Justice Heard delivered the opinion of the court.

---

Lizzie Farrow, defendant in error, v. The Eldred Drainage and Levee District, plaintiff in error. Gen. No. 7,623.

Suit for damage to crops by overflow of drainage ditch. Judgment for plaintiff. Error to the Circuit Court of Greene county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed January 10, 1924.

Frank A. Whiteside, for plaintiff in error. T. I. McKnight, and Henshaw & Hutchens, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Arthur Maton, plaintiff in error. Gen. No. 7,626.

Information for violations of Prohibition Act. Sentenced to jail for sixty days and fined $150 on each of two counts. Error to the County Court of Christian county; the Hon. Clifford J. Vogelsang, Judge, presiding. Heard in this court at the October term, 1923. Reversed and remanded with directions. Opinion filed January 10, 1924.

Hogan & Reese, for plaintiff in error. E. E. Dowell, State's Attorney, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Paul Tokoly, plaintiff in error. Gen. No. 7,627.

Charge of violating Prohibition Act. Conviction for unlawfully having possession, etc. Sentence of sixty days in jail and fine of $200. Error to the County Court of Christian county; the Hon. Clifford J. Vogelsang, Judge, presiding. Heard in this court at the October term, 1923. Reversed. Opinion filed January 10, 1924.

Logan G. Griffith and McDavid, Monroe & Hershey, for plaintiff in error. E. E. Dowell, State's Attorney, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.